Case No. 10-3433 WGC

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

Your Affiant, Kai T. Pickens, United States Postal Inspector, Washington, D.C., being

duly sworn, hereby deposes and states as follows:

1. On or about August 30, 2010 your affiant was advised by Metro D.C. Officer Palchak of

a complaint filed by ███████████ g information tha ██████████ Franesiour B.

Kemache-Webster aka "Bryan Webster," an adult and the ██████████, may have had

sexual contact with ██ and was seeking further sexual contact.

2. Webster is currently serving a sentence in the Federal Bureau of Prisons Facility located

in Marion, Illinois on white collar crime charges. The minor, ██ resides in ██████████.

The ████ advised that she found letters sent via the U.S. Mail and emails from Webster to ██

which discussed plans to continue sexual contact with ██████████ and impregnate her

upon his release from prison on September 16, 2010.

3. Based on law enforcements review of the emails sent to the minor ██, the following

was revealed:

   a. On May 3, 2010 Webster Bryan (42459007)[1] emailed to ██ "I really do miss &

      desire you & love U."

   b. On May 4, 2010 ██ emailed to Webster Bryan (42459007): "here is something you

      can think about when you get home. We get wipped creame and put ALL over you... I

      take my time licking it off you while you get that tingling sensation."

---

[1] Inmate online identifications are denoted by their last name, first name and
inmate number.



UC
KTP
9/14/10

c. On May 5, 2010 Webster Bryan (42459007) emailed ▮ "da whip cream thing was a great touch... U r such a devil I love U and miss U and can't wait to C U all over again."

d. On May 6, 2010 Webster Bryan (42459007) emailed to ▮ "b4 I 4get make sure U watch wut u e-mail 2 me when it comes 2 us b'n personal, and such bcuz I don't want them here 2 get da wrong idea of how our closeness is since dis place is a sex offender type place also."

e. On May 7, 2010 Webster Bryan (42459007) emailed to ▮ "I love U, U kno this it's so much love like husband & wife."

4. Based on law enforcements review of letters sent via U.S. Mail sent to ▮ from Bryan Webster with a return address of the United States Penitentiary in Marion, IL, the following was revealed:

a. In a letter postmarked July 27, 2010, Webster wrote, "Our agreed Anniversary is Sunday October 10, 2010 at 10:00am. Even though we will be doing it from my return home date until forever [smiley face]. On Sunday 10-10-10-10, this date, we will try to celebrate all day...I mean the entire day...doing it! So if you are not pregnant before than on that date it will be dedicated to getting you to be...for sure."

b. In a letter postmarked July 28, 2010, Webster provided a questionnaire to ▮ to complete. Question #29 asked, "What is the worst thing you want done to you by me as a sexual act and why?"

5. Based on Bryan Webster letters and emails and further investigation by law enforcement, Bryan Webster was identified as inmate number #42459-007 at Marion USP to be



released on September 16, 2010. Law enforcement further determined that Webster planned to

rendezvous with ████████████ the day after his release, on September 17, 2010.

6.    Your Affiant knows that in the state of Maryland, it is a violation of the law to engage

in sexual activities with ████████████ .

7. Based upon the foregoing, I respectfully request that this court issue and arrest warrant

for Bryan WEBSTER for the charge of Coercion and Enticement of a minor in violation of

Title18 U.S.C. § 2422(b).


Kai T. Pickens
U.S. Postal Inspector
Postal Inspection Service


SUBSCRIBED TO AND SWORN BEFORE ME
THIS ___DAY OF SEPTEMBER, 2010


HONORABLE WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE

